CHRISTOPHER J. CHRISTIE
United States Attorney
RUDOLPH A. FILKO
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 645-2829
Fax. (973) 297-2010
email: rudolph.a.filko@usdoj.gov
RAF6068

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WENLOCK MANASSE,<br><br>*Plaintiff(s),*<br><br>v.<br><br>IMMIGRATION CUSTOMS ENFORCEMENT, ET. AL.,<br><br>*Defendant(s).* | HON. JOHN W. BISSELL<br><br>*Civil Action* No. 05-CV-0696 (JWB)<br><br>ORDER |

This matter having been opened to the Court by CHRISTOPHER J. CHRISTIE United States Attorney for the District of New Jersey, attorney for defendant, (RUDOLPH A. FILKO, Assistant U.S. Attorney, appearing) for an Order transferring this Case, and the Court having considered the matter, *including Plaintiff's opposition to the relief which defendant seeks,* IT IS on this 23rd day of August, 2005

ORDERED that pursuant to the REAL ID Act of 2005, Pub. L. No. 109-13, Div. B, 119 Stat 231, section 106(c), this Petition challenging Petitioner's order of removal be and hereby is transferred to the United States Court of Appeals for the Third Circuit to be treated as a "Petition for Review."

ORDERED, that this case is hereby closed on this Court's docket.

_____
JOHN W. BISSELL, CHIEF JUDGE
United States District Court